UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:06-CV-585-RLH (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | April 23, 2007 |
| | ) | |
| JOHN FREDERICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  FRANK JUSTILIANO       </u>    REPORTER:  <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                     </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                  </u>

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed a Motion for Order Granting Stay of Proceedings (Doc. #88). Defendants have opposed the Motion (Docs. No. 92 and 93) and Plaintiff has replied (Doc. #95).

     Plaintiff has failed to show good cause why a stay of the proceedings is warranted, and the court believes a stay would be counterproductive to the orderly administration of justice in this matter.

     Plaintiff's Motion for Order Granting Stay of Proceedings (Doc. #88) is <u>DENIED</u>.

     IT IS SO ORDERED.

                                                            LANCE S. WILSON, CLERK

                                                            By:<u>          /s/                  </u>
                                                                        Deputy Clerk