UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:06-CV-585-RLH  (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | April 23, 2007 |
| | ) | |
| JOHN FREDERICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  FRANK JUSTILIANO          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed a Motion for Enlargement of Time to Oppose Motion for Sanctions (Doc. #89).  Defendants have opposed the Motion (Doc. #94) and Plaintiff has replied (Doc. #96).

    The court previously denied Plaintiff's request for a ninety-day extension to respond to the Motion for Sanctions and ordered Plaintiff to respond to the Motion on or before April 20, 2007 (Doc. #77).  The Plaintiff then waited until April 17, 2007, to file the instant Motion.

    Plaintiff's Motion for Enlargement of Time to Oppose Motion for Sanctions (Doc. #89) is DENIED.  Plaintiff shall have to and including May 7, 2007, to file his response to the Motion for Sanctions.  NO FURTHER EXTENSIONS SHALL BE GRANTED.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk