UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:06-CV-585-RLH  (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | July 14, 2009 |
| | ) | |
| JOHN FREDERICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed an Ex Parte Emergency Motion for an Order Approving Termination of Counsel and Approving Plaintiff's Pro Se Representation in this Matter (Doc. #175). This Motion does not comply with LR 7-5 concerning ex parte motions in that it does not "contain a statement showing good cause why the matter was submitted to the court without notice to all parties."

     The Ex Parte Emergency Motion (Doc. #175) shall be STRICKEN.

     If Mr. Hussein wants the court to consider the subject matter he should file a Motion with the court along with a Certificate of Service that it has been properly served on all parties.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk